UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX JOSEPH LACIO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　Defendants. | 1:04-CV-5699 OWW LJO P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #9) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 31, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:　December 8, 2005**　　　　　　　　/s/ Lawrence J. O'Neill
b6edp0　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE