IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX JOSEPH LACIO, | 1:04-cv-05699 LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (DOCUMENT #17) |
| | THIRTY DAY DEADLINE |
| Defendants. / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2008, plaintiff filed a motion to extend time to file his third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a third amended complaint, pursuant to the court's order of October 16, 2008.

IT IS SO ORDERED.

Dated:  **November 20, 2008**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE